LYONS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court,

Appellate Division, Third Department. December 30, 1909.) Action by Joseph Lyons against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment (119 N. Y. Supp. 703) affirmed, with costs.

KELLOGG, J., dissents.